In the Matter of the Claim of GLADYS GARDNER, Respondent, against NEW YORK MEDICAL COLLEGE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 20, 1953; decided March 6, 1953.

*F. Walter Bliss* and *Earl H. Gallup, Jr.*, for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs to the Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.